UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADVANTA-STAR AUTOMOTIVE
RESEARCH CORPORATION OF
AMERICA,

      Plaintiff,

v.                               Case No.: 2:20-cv-00030-JLB-MRM

SCANLON IMPORTS, INC., d/b/a
SCANLON ACURA,

      Defendant.

_____/

## ORDER

      The Mediator reports that the parties have settled.  (Doc. 27.)  Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause.  The Clerk is directed to close the case.

      **ORDERED** in Fort Myers, Florida, on August 31, 2020.

**JOHN L. BADALAMENTI**
**UNITED STATES DISTRICT JUDGE**