UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| ADVANTA-STAR AUTOMOTIVE RESEARCH CORPORATION OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>SCANLON IMPORTS, INC. d/b/a SCANLON ACURA<br><br>   Defendant. | Case No. 2:20-cv-00030-TPB-MRM |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, through their respective counsel, hereby stipulate that the above-captioned action and all claims asserted therein are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 15th day of September, 2020.

/s/ Stephen M. Dorvee
Stephen M. Dorvee, Esq. (admitted pro hac vice)
Morgan E. M. Harrison, Esq.
(*admitted pro hac vice*)
ARNALL GOLDEN GREGORY, LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363
Telephone: (404) 873-8500
Facsimile: (404) 873-8501
*stephen.dorvee@agg.com*
*morgan.harrison@agg.com*


Luis E. Rivera II
Florida Bar No. 0013913
GRAYROBINSON, P.A.

15519795v1

1404 Dean Street, Suite 300
Fort Myers, FL 33901
(239) 254-8460 Telephone
E-mail:  luis.rivera@gray-robinson.com

***Attorneys for Plaintiff***

-and-

*s/Allison S. Lovelady*
Deanna K. Shullman
(Florida Bar No. 514462)
dshullman@shullmanfugate.com
Allison S. Lovelady
(Florida Bar No: 70662)
alovelady@shullmanfugate.com
Shullman Fugate PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Phone: 561-614-2592

***Attorneys for Defendant***