UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ADVANTA-STAR AUTOMOTIVE
RESEARCH CORPORATION OF
AMERICA,

      Plaintiff,

v.                                          Case No.: 2:20-cv-00030-JLB-MRM

SCANLON IMPORTS, INC., d/b/a
SCANLON ACURA,

      Defendant.
_____/

## ORDER

In response to this Court's sixty-day order of dismissal, (Doc. 28), the parties have filed a Joint Stipulation of Dismissal with Prejudice, (Doc. 29), under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Stipulation is self-executing. *Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on September 16, 2020.

*[signature]*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE